UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEJANDRO NORORIS ESCOBAR,<br><br>          Petitioner,<br><br>   v.<br><br>TODD LYONS, etc., et al.,<br><br>          Respondents. | Case No. 5:25-cv-02885-MRA-JC<br><br>ORDER REQUIRING ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

On October 24, 2025, Petitioner Jonathan Alejandro Nororis Escobar, who is represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.[1] The Petition reflects that Petitioner is in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). He asserts, among other things, that he is being unlawfully detained and is entitled to a bond hearing, and requests his immediate release, or alternatively, an order requiring an immigration judge to hold a bond hearing on the merits.

---

[1] The Court notes that proceedings related to Petitioner's concurrently filed Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction are pending before the District Judge and that the District Judge has issued a temporary restraining order enjoining Respondents from continuing to detain Petitioner unless they provide him with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). (See Docket No. 10). To the extent the proceedings before the District Judge moot the matters before the Magistrate Judge or render the briefing ordered herein superfluous or repetitive, nothing in this Order prohibits the parties from so notifying this Court and/or seeking appropriate relief due to the same.

To facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED:

1. As Respondents have already appeared in this action and have received the Petition, the Court simply directs the Clerk of this Court to promptly serve this Order on the United States Attorney for the Central District of California and on Petitioner's counsel of record.

2. Within twenty-three (23) days, Respondents shall file a Response to the Petition.

3. In the event Respondents file a Motion to Dismiss, Petitioner shall file an Opposition/Response thereto within fourteen (14) days of service thereof and Respondents shall file any Reply within seven (7) days of service of Petitioner's Opposition/Response.

4. In the event Respondents file an Answer, Petitioner may file a Reply thereto within fourteen (14) days of service of Respondents' Answer.

5. Unless otherwise ordered by the Court, this case shall be deemed submitted on the date the last brief contemplated by the foregoing briefing schedule is due.

IT IS SO ORDERED.

DATED: November 5, 2025

                                                    /s/

                                  Honorable Jacqueline Chooljian
                                  UNITED STATES MAGISTRATE JUDGE