**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEJANDRO NORORIS ESCOBAR,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>TODD LYONS, etc., et al.,<br><br>　　　　　Respondents.<br>_____ | Case No. 5:25-cv-02885-MRA-JC<br><br>JUDGMENT |

　　In accordance with the Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 15, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE